## WOOLUM v. STATE OF INDIANA
[No. 0-342. Filed October 2, 1953.]

FLANAGAN, J.—This is a petition for a writ of mandamus. It is not prosecuted in the name of the State of Indiana on the relation of the interested party, and therefore must be, and is, denied. Section 3-2201, Burns' 1946 Replacement; *State ex rel. Ketchum* v. *Marshall, Judge* (1952), 231 Ind. 70, 106 N. E. 2d 796.

Gilkison, J., not participating.

NOTE.—Reported in 114 N. E. 2d 561.

## INDIANA DEPT. OF STATE REVENUE, GROSS INCOME TAX DIVISION, ETC. v. THE MENGEL COMPANY.
[No. 29,012. Filed October 7, 1953.]

### ORDER OF DISMISSAL.

Come now appellants and present to the court their written dismissal of the appeal in the above cause, said dismissal being in the words and figures as follows to-wit: (HERE INSERT).

And the court having seen and examined said dismissal, and being duly advised in the premises, finds that the same should be granted.

IT IS THEREFORE CONSIDERED ADJUDGED AND DECREED BY THE COURT that the above named appeal be and the same is hereby dismissed.

Arch N. Bobbitt, Chief Justice.

October 7, 1953.